UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CARTARVIS A. JORDAN, and<br>DESHUN PERSAVAL, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CV623-046 |
| OFFICER BROOKS, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 5), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff Deshun Persaval is **DISMISSED**. Plaintiff Cartarvis A. Jordan's claims remain pending. (See doc. no. 8.)

**ORDER ENTERED** at Augusta, Georgia, this 11th day of September, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA