# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CARTARVIS A. JORDAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV623-046 |
| OFFICER BROOKS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

*Pro se* plaintiff Cartarvis A. Jordan disputes the sufficiency of Defendant Brooks' responses to his discovery requests. *See* docs. 26, 28, 35 & 36. Beginning on April 24, 2024, he moved for an order finding Defendant in contempt for the insufficient responses. Doc. 26. Defendant responded in opposition. Doc. 29. The same day, the Clerk docketed another motion from Jordan, apparently related to the same discovery dispute. Doc. 28. Defendant again responded in opposition. Doc. 31. A little more than a week later, Jordan filed a "Notice of Noncompliance." Doc. 33. Defendant again responded in opposition. Doc. 34. Several days later, the Clerk docketed Jordan's "revised" Motion. Doc. 35. Under the Court's Local Rules, Brooks' response to that Motion is due July 15, 2024.

1

*See, e.g.,* S.D. Ga. L. Civ. R. 7.5. On July 15, 2024, the Clerk docketed another Motion from Jordan seeking to compel discovery responses. Doc. 36. Given the pattern and frequency of Jordan's filings, the Court is unable to meaningfully address any of them.

Rather than attempt to address Jordan's requests piecemeal, the Court will require him to consolidate all of his discovery-related disputes into a single filing. The currently pending discovery motions are, therefore, **TERMINATED**. Docs. 26, 28, 35 & 36. Under the current Scheduling Notice, discovery in this case is due to close on July 27, 2024. Doc. 23. The parties must, therefore, propound any remaining discovery requests no later than that date. No later than August 2, 2024, the parties are **DIRECTED** to confer and submit a Status Report informing the Court whether there are any discovery requests that are pending response. To be clear, the Status Report should only identify discovery requests that have not been responded to at all. Requests that have been responded to, regardless of any party's contention concerning the sufficiency of the responses, should not be listed. Upon the parties' submission of the Status Report, the Court will provide a specific deadline for each party to file **one comprehensive** motion seeking to

address any alleged defects in any discovery responses. The opposing party will then have an opportunity to file **one comprehensive** response to any such motion. Given the schedule imposed above, Jordan's request to extend the discovery period is **DENIED**.[1] Doc. 37. To accommodate the preparation, filing, and disposition of any such discovery-related motions, the Court **STAYS** the Scheduling Notice's deadline to file other motions, including summary judgment motions, pending further Order from the Court. *See* doc. 23 at 1.

   **SO ORDERED,** this 15th day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Jordan's Motion is predicated upon his desire to obtain the material sought in his motions. *See* doc. 37 at 2. The procedure imposed above provides the means for him to receive any material he is entitled to under the applicable law. The July 27 deadline merely limits the parties' ability to serve new discovery requests. The instructions for consolidated discovery motions provides both parties with means to ensure that they receive responses to their discovery requests that comply with the Federal Rules and applicable law.