IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
CARTARVIS A. JORDAN,        *
                            *
     Plaintiff,             *
                            *
     v.                     *     CV 623-046
                            *
OFFICER BROOKS,             *
                            *
     Defendant.             *
                            *
```

O R D E R

Before the Court is Plaintiff's motion to voluntarily dismiss the action.  (Doc. 47.)  Defendant filed a response consenting to the dismissal.  (Doc. 48.)  Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE.**[1]  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Plaintiff's motion does not state whether dismissal is with or without prejudice, the dismissal is without prejudice.  (See Doc. 47); FED. R. CIV. P. 41(a)(2).